UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANTHONY DAVID CAMARILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>RIVERSIDE COUNTY SHERIFF DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 5:22-cv-00856-FWS-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1) filed by Anthony David Camarillo ("Plaintiff"); Plaintiff's Request to Proceed Without Prepayment of Filing Fees (Dkt. 2, "IFP Request"); the Order re Plaintiff's Complaint issued by the assigned Magistrate Judge (Dkt. 4) and; the Report and Recommendation issued by the Magistrate Judge (Dkt. 6, "Report").  No party filed timely objections to the Report.  (*See generally* Dkt.)  The Court accepts the findings and recommendation of the Magistrate Judge.

/ / /

/ / /

As a result, IT IS HEREBY ORDERED that:

1. Plaintiff's Complaint (Dkt. 1) is DISMISSED;

2. Plaintiff's IFP Request (Dkt. 2) is DENIED; and

3. Judgment shall be entered dismissing this action with prejudice.

IT IS SO ORDERED.

Dated: September 8, 2022

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE