# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANTHONY DAVID CAMARILLO, | Case No. 5:22-cv-00856-FWS-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| RIVERSIDE COUNTY SHERIFF DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: September 8, 2022

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE